UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr3105-MMA |
| Plaintiff, | ) ) | **PRELIMINARY ORDER** |
| v. | ) ) | **OF CRIMINAL FORFEITURE** |
| SAMUEL ALEJANDRO CHAVEZ, | ) ) ) | |
| Defendant. | ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant pursuant to Title 31, United States Code, Sections 5317(c)(1) and 5332(a)(1) and (b)(2), as properties involved in or traceable to the violation of Title 31, United States Code, Sections 5316 and 5332(a), as charged in the Information; and

WHEREAS, on or about September 2, 2010, the above-named Defendant, SAMUEL ALEJANDRO CHAVEZ ("Defendant"), pled guilty to the one-count Information before Magistrate Judge Anthony J. Battaglia, which plea included consent to the criminal forfeiture allegation pursuant to Title 31 as set forth in the Information; and

WHEREAS, on or about September 16, 2010, the plea of the above-named Defendant was accepted by the U.S. District Court; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has

established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said properties, pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties, which were found forfeitable by the Court, namely:

**$42,050.00 in U.S. Currency;**
**One 2000 Jeep Cherokee, VIN 1J4G248NXYC182312,**
**California license number 4KBS036, its tools and appurtenances.**

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant SAMUEL ALEJANDRO CHAVEZ, in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

**$42,050.00 in U.S. Currency;**
**One 2000 Jeep Cherokee, VIN 1J4G248NXYC182312,**
**California license number 4KBS036, its tools and appurtenances**.

2. The aforementioned forfeited assets are to be held by the United States Customs and Border Protection ("CBP") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(3), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the CBP's intent to dispose of the properties

1  in such manner as the Attorney General may direct, and notice that any person, other than the
2  Defendant, having or claiming a legal interest in the above-listed forfeited properties must
3  file a petition with the Court within thirty (30) days of the final publication of notice or of receipt
4  of actual notice, whichever is earlier.

5       5.    This notice shall state that the petition shall be for a hearing to adjudicate the
6  validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under
7  penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest
8  in the forfeited properties and any additional facts supporting the petitioner's claim and the relief
9  sought.

10      6.    The United States may also, to the extent practicable, provide direct written notice
11 to any person known to have alleged an interest in the properties that is the subject of the
12 Preliminary Order of Criminal Forfeiture.

13      7.    Upon adjudication of all third-party interests, this Court will enter an
14 Amended Order of Forfeiture pursuant to 21 U.S.C. 853, in which all interests will be addressed.

15 IT IS SO ORDERED.

16 DATED: October 20, 2010

*(signature)*

Hon. Michael M. Anello
United States District Judge